IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:25-CR-00105-Z-BR (1) |
| | § | |
| ROBBY LYNN MASON (1) | § | |
| | § | |
| Defendant. | § | |

## ORDER ON INITIAL APPEARANCE

On today's date, Defendant, ROBBY LYNN MASON, appeared in person and without counsel, before the undersigned United States Magistrate Judge, for the purpose of an Initial Appearance in accordance with Federal Rule of Criminal Procedure 5. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

In accordance with Federal Rule of Criminal Procedure 5, the defendant received a copy of the Indictment previously filed. The defendant was advised of the rights relative to the making and the refusal to make statements that might be used against Defendant and acknowledged understanding such rights. The defendant was further advised of the right to retain counsel and of the right to request the Court to appoint counsel if unable to afford to retain counsel. The defendant acknowledged understanding the right to counsel. Defendant intends to retain counsel. The defendant was advised of the right to a Detention Hearing and acknowledged understanding such right.

Defendant, ROBBY LYNN MASON, is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on September 26, 2025.

_Lee Ann Reno_
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE