IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff; <br><br> v. <br><br> **Robby Lynn Mason**, <br><br> Defendant. | No. 2:25-cr-00105-Z-BR <br><br> **Third Motion for Continuance of Criminal Trial and Associated Pretrial Motions Deadlines** |

COMES NOW Natalie Archer, Attorney at Law, Counsel for Robby Lynn Mason ("Mason"), and brings this Motion for Continuance of Criminal Trial and Associated Pretrial Motions Deadline and in support thereof shows:

1. Movant is an attorney of record for Mason and was retained on September 30, 2025, to represent Defendant in this matter.

2. Previously, on November 25, 2025, the Court entered an Order (Doc #26) as to Mason, and Jury Trial was set for January 12, 2026. The deadline for filing pretrial motions was accordingly set for December 22, 2025, and could not be effectively met because counsel for Mason has not completed discovery review. At this time, it is anticipated the instant case will be resolved via plea agreement. However, additional

time is needed to both complete discovery review and adequately confer with a consulting expert regarding same. Moreover, the Government provided additional discovery in the case last week. Therefore, a continuance of thirty (30) days is sought.

3. Counsel for Mason has conferred with AUSA Callie Woolam, the attorney in charge of this case for the Government, who has indicated she has no objection to this continuance.

WHEREFORE, Counsel for Mason respectfully requests that this Honorable Court continue the trial date and associated deadlines in the instant matter at least thirty (30) days or to any subsequent date deemed reasonable by this Court, and that all associated deadlines be likewise continued.

Respectfully submitted,

THE HERRMANN AND ARCHER LAW FIRM PLLC

By: /s/ NATALIE ARCHER
Natalie Archer
SBN 24000441
801 S. Fillmore, Ste. 710
Amarillo, TX 79101
Tel. 806-372-9258
Fax 806-382-8444
Email: archerdefense@gmail.com

bustedintexas@gmail.com

**ATTORNEYS FOR DEFENDANT
ROBBY LYNN MASON**

**CERTFICATE OF SERVICE/CONFERENCE**

I hereby certify that on January 5, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means. Furthermore, prior to this date I conferred with Callie Woolam, the AUSA in charge of this case on behalf of the Government, who indicated she does not oppose the motion.

/s/ NATALIE ARCHER
Natalie Archer