IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBBY LYNN MASON,

    Defendant.

2:25-CR-105-Z-BR-(1)

## ORDER

Defendant's Sentencing Hearing was scheduled for July 14, 2026. ECF No. 51. On July 8, 2026, the Probation Officer filed a Second Addendum after receiving a restitution request. ECF No. 52. The Second Addendum includes a recommendation for restitution. In order to give the parties adequate time to respond to the Second Addendum, the Court **CONTINUES** Defendant's sentencing hearing to **Thursday, August 13, 2026**, at **1:30 p.m.** The parties must each file a statement accepting or objecting to the Second Addendum by **Tuesday, July 21, 2026**.

Additionally, the Court **ORDERS** the Government to submit a brief explaining its position on the Court's authority to impose a special assessment under the Justice for Victims of Trafficking Act, 18 U.S.C. Section 3014, in light of that statute's recent lapse and nonretroactive reenactment. The Government's brief must be filed by **Thursday, July 16, 2026**. Defendant may, but is not required to, respond by **Tuesday, July 21, 2026**.

    **SO ORDERED.**

    July 8, 2026.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE